B1 (Official Form 1) (1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crowe, Douglas** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **5713** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1404 Glencoe Street**<br>**Wheaton, IL**<br><div align=right>ZIPCODE **60187**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><div align=right>ZIPCODE</div> |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><div align=right>ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIPCODE</div> |

Location of Principal Assets of Business Debtor (if different from street address above):
**1404 Glencoe Street, Wheaton, IL**
<div align=right>ZIPCODE **60187**</div>

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                            Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR<br>COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crowe, Douglas** |
|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)           Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)  (1/08)                                                                                                    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crowe, Douglas** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Douglas Crowe**
_____
Signature of Debtor                                  **Douglas Crowe**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 14, 2009**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ Janet Watson**
_____
Signature of Attorney for Debtor(s)

**Janet Watson 6182273**
**Janet Watson**
**330 S. Naperville Road Suite 405**
**Wheaton, IL  60187-5442**
**(630) 260-1667  Fax: (630) 260-6711**
**JWatsonJD@aol.com**

**October 14, 2009**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Crowe, Douglas</u>                                                    Case No. _____
<span style="padding-left:2em">Debtor(s)</span>

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

All Other Names used by the Debtor in the last 8 years:

  **dba Springboard Group, Inc.**
  **Doug Crowe**
  **dba Real Estate Coaching Institute, Inc.**
  **dba U.S. Land Group, LLC**
  **dba Magellan One Limited Partnership**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                Case No. _____

**Crowe, Douglas** _____     Chapter **7** _____
                             Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Douglas Crowe** _____

Date: **October 14, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Crowe, Douglas                                              Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6240** **Aurora Loan Services** **P. O. Box 1706** **Scottsbluff, NE  69363-1706** | | | **mortgage for purchase of investment real estate 9/7/2006 - 117 Bayberry, Youngsville, NC** | | | | **75,000.00** | |
| | | | VALUE $ **85,000.00** | | | | | |
| ACCOUNT NO. **9573** **Countrywide Home Loans(BAC)** **% Warbicki Law Group** **33 W. Monroe St., Suite 1140** **Chicago, IL  60603** | X | J | **Claim pursuant to Mortgage foreclosure complaint in case 09 CH 2717 of first mortgage on residence at 1404 Glencoe, Wheaton,IL  60187** | | | X | **359,650.00** | **359,650.00** |
| | | | VALUE $ **550,000.00** | | | | | |
| ACCOUNT NO. **erry** **Erader Mills** **% The Hunt Law Firm** **P. O. Box 130** **Durham, NC  27702** | | | **Seller financing given upon purchase of single family real estate 8/31/2006** | | | | **88,000.00** | **3,000.00** |
| | | | VALUE $ **85,000.00** | | | | | |
| ACCOUNT NO. **Lane** **Erader Mills** **% The Hunt Law Firm** **P. O. Box 130** **Durham, NC  27702** | | | **Seller financing  taken back upon purchase of single family home 8/31/2006 at 108 Bayberry Lane, Youngsville, NC** | | | | **88,000.00** | **3,000.00** |
| | | | VALUE $ **85,000.00** | | | | | |

**2** continuation sheets attached

Subtotal
(Total of this page)   $ **610,650.00**   $ **365,650.00**

Total
(Use only on last page)   $ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Crowe, Douglas _____    Case No. _____
                    Debtor(s)                                                     (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Lane** <br><br> **Erader Mills** <br> **% The Hunt Law Firm, PLLC** <br> **P. O. Box 130** <br> **Durham, NC  27702** | | | **Seller financing given for purchase of single family home 8/31/2006 at 109 Bayberry Lane, Youngsville, NC 27702** <br><br> VALUE $ **85,000.00** | | | | **88,000.00** | **3,000.00** |
| ACCOUNT NO. **erry** <br><br> **Erader Mills** <br> **% The Hung Law Firm** <br> **P. O. Box 130** <br> **Durham, NC  27702** | | | **Seller financing given for purchase of single family home 8/31/2006 at 111 Bayberry Lane, Youngsville, NC** <br><br> VALUE $ **85,000.00** | | | | **88,000.00** | **3,000.00** |
| ACCOUNT NO. **8968** <br><br> **Fifth Third Bank** <br> **Customer Servcie - MD 1MOC2J-CC 3150** <br> **5050 Kingsley** <br> **Cincinnati, OH  45263** | X | | **10/05 Mortgage on Residence - first or second position is disputed** <br><br> VALUE $ **550,000.00** | | | X | **376,847.00** | |
| ACCOUNT NO. **8469** <br><br> **Franklin County Tax Collector** <br> **P. O. Box 503** <br> **Louisburg, NC  27549** | | | **2008 real estate taxes for 108 Bayberry Lane, Youngsville, NC** <br><br> VALUE $ **85,000.00** | | | | **954.20** | **954.20** |
| ACCOUNT NO. **8469** <br><br> **Franklin County Tax Collector** <br> **P. O. Box 503** <br> **Louisburg, NC  27549** | | | **2008 real estate taxes for 107 Bayberry Lane, Youngsville, NC** <br><br> VALUE $ **85,000.00** | | | | **889.94** | **889.94** |
| ACCOUNT NO. **8469** <br><br> **Franklin County Tax Collector** <br> **P. O. Box 503** <br> **Louisburg, NC  27549** | | | **2008 real estate taxes for 109 Bayberry Lane** <br><br> VALUE $ **85,000.00** | | | | **922.48** | **922.48** |

Sheet no. _____ **1** of _____ **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **555,613.62** | $ **8,766.62**

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Crowe, Douglas** _____,   Case No. _____
                           Debtor(s)                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8469** <br><br>**Franklin County Tax Collector**<br>**P. O. Box 503**<br>**Louisburg, NC  27549** | | | **2008 real estate taxes for 111 Bayberry Lane**<br><br><br>VALUE $ **85,000.00** | | | | **885.88** | **885.88** |
| ACCOUNT NO. **9573** <br><br>**Mers As Nominee Of United Financial Mort**<br>**P. O. Box 2026**<br>**Flint, MI  48501-2026** | | J | **Nominee of lender, United Financial Mortgage Group for  mortgage on residence - priority uncertain**<br><br>VALUE $ **550,000.00** | | | | **unknown** | |
| ACCOUNT NO. **9628** <br><br>**National City Bank**<br>**Loss Mitigation Department**<br>**6750 Miller Road**<br>**Brecksville, OH  44141** | X | | **personal liability, if any, for 12/05 purchase of airplane (1992 Mooney M20J MSE w/Garmiln 530) by Real Estate Coaching Institute, Co.**<br><br>VALUE $ | | | | **167,269.82** | **167,269.82** |
| ACCOUNT NO. **9573** <br><br>**United Financial Mortgage Corp**<br>**815 Commerce Drive, Suite 100**<br>**Oak Brook, IL  60523** | X | J | **9/28/2005 note and  mortgage on home at 1404 Glencoe, Wheaton, IL - priority is unknown**<br><br>VALUE $ **550,000.00** | | | | **359,650.00** | **186,497.00** |
| ACCOUNT NO. <br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. _____**2**____ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **527,805.70**   $ **354,652.70**

Total
(Use only on last page)   $ **1,694,069.32**   $ **729,069.32**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Crowe, Douglas _____    Case No. _____
<u>Debtor(s)</u>                                                                    <u>(If known)</u>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Crowe, Douglas                                                              Case No. _____
            Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A & K Painters**<br>**127 Rozanne Drive**<br>**Addison, IL  60101** | X | | **Claim against U.S. Land Group, LLC for painting work done at condominium conversion project at 2200 N. Avers, Chicago, IL** | X | | X | **unknown** |
| ACCOUNT NO. 0183<br><br>**Advanta Bank Corp**<br>**P. O. Box 30715**<br>**Salt Lake City, UT  84130-0715** | X | H | **Misc business purchases, cash advances prior to 8/08** | | | | **26,921.70** |
| ACCOUNT NO.<br><br>**Avers Condominium Association**<br>**% Michael Daniels, Registered Agent**<br>**3856 Oakton**<br>**Skokie, IL  60076** | | | **Association fees for condominium development project** | | | | **unknown** |
| ACCOUNT NO. 0975<br><br>**Bank Of America, N.A**<br>**P. O. Box15026**<br>**Wilmington, DE  19850-5026** | | H | **misc business and consumer purchases, 2008 and prior** | | | | **16,387.00** |

**9** continuation sheets attached

|  | Subtotal (Total of this page) | $ | **43,308.70** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

B6F (Official Form 6F) (12/07) — Cont.

IN RE **Crowe, Douglas** _____   Case No. _____
                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3644**<br>**Bank Of America, N.A<br>P. O. Box15026<br>Wilmington, DE  19850-5026** | | H | **Misc business balance transfers and  purchases - Business card** | | | | 52,792.00 |
| ACCOUNT NO. **9018**<br>**Bank Of America, N.A<br>P. O. Box15184<br>Wilmington, DE  19850-5184** | X | H | **Misc business purchases** | | | | 12,447.42 |
| ACCOUNT NO. **2101**<br>**Bank Of America, N.A<br>P. O. Box 22031<br>Greensboro, NC  27420** | | | **Misc business and consumer purchases last several years** | | | | 13,279.09 |
| ACCOUNT NO. **6537**<br>**Bank Of America, N.A<br>% Collectcorp<br>P. O. Box 101928, Dept 4947A<br>Birmingham, AL  35210-1928** | | | **collection agency for bank of america** | | | | 0.00 |
| ACCOUNT NO. **6537**<br>**Bank Of America, N.A<br>P. O. Box 15184<br>Wilmington, DE  19850-5184** | | | **misc business and consumer purchases last several years** | | | | 52,831.00 |
| ACCOUNT NO.<br>**Bass, Solomon & Dowelll, LLP<br>520 North Hicks Road, Suite 120<br>Palatine, IL  60067** | | | **Accounting fees owed by other entities owned by Doug Crowe:  Springboard Group Inc., $13,934; Real Estate Coaching Institute, Inc. - $2,995; Magellan One Limited Partnership, $3,800.** | | | X | 20,729.00 |
| ACCOUNT NO. **0270**<br>**Cach, LLC<br>% Neuheisel Law Firm, P.C.<br>64 E. Broadway Road, Suite 245<br>Tempe, AZ  85282-1355** | | | **Purchaser of Bank of America Debt, acct # xxxx0270** | | | | 16,766.44 |

Sheet no. **1** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **168,844.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE <u>Crowe, Douglas</u>                                              Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8802**<br>**Capital One Bank**<br>**Bankruptcy Center**<br>**P. O. Box 5155**<br>**Norcross, GA  30091** | | | **misc business purchases** | | | | **6,380.35** |
| ACCOUNT NO. **1335**<br>**Central Mortgage Co.**<br>**801 John Barrow Road, Suite 1**<br>**Little Rock, AR  72205** | | | **Arrearage, if any, after foreclosure and sale of first mortgage for purchase of 115 Bayberry Lane, Youngsville, NC 972006** | | | | **unknown** |
| ACCOUNT NO. **4451**<br>**Chase Bank**<br>**OH1-1188**<br>**340 S. Cleveland Avenue, Bldg 370**<br>**Westerville, OH  43081** | | | **checking account overdraft** | | | | **228.18** |
| ACCOUNT NO. **2450**<br>**Chase Bank**<br>**% Creditors Financial Group**<br>**3131 South Vaughn Way, Suite 110**<br>**Aurora, CO  80014** | | | **collection agency for chase bank acct 2450** | | | | **0.00** |
| ACCOUNT NO. **3750**<br>**Chase Bank,**<br>**% Michael D. Fine**<br>**131 S. Dearborn, Floor 5**<br>**Chicago, IL  60603** | | H | **Misc consumer and business charges and/or cash advances last several years** | | | | **9,743.10** |
| ACCOUNT NO. **6864**<br>**Chase Bank,**<br>**% Michael D. Fine**<br>**131 S. Dearborn Street, Floor 5**<br>**Chicago, IL  60603** | | H | **Business and personal charges and cash advances last several years** | | | | **74,004.00** |
| ACCOUNT NO. **2450**<br>**Chase Bank,**<br>**P. O. Box 15298**<br>**Wilmington, DE  19850-5298** | | H | **Misc business purchases last several years** | | | | **7,123.75** |

Sheet no. ___**2**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **97,479.38**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Crowe, Douglas

_____

Debtor(s)    Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chris Sorenson<br>730 E. Evelyn<br>Sunnyvale, CA  94086 | | | 7/7/2009 - personal loan | | | | 10,000.00 |
| ACCOUNT NO. **elow**<br>CitiMortgage<br>P. O. Box 9438<br>Gaithersburg, MD  20898-9438 | | | Claim for arrearages, if any, after foreclosure and sale of 100 Bayberry (2003803333), 101 Bayberry (# 2003803305), 102 Bayberry (#2003803325), 103 Bayberry (# 20038033237), 104 Bayberry (#2003803356), 105 Bayberry (#2003803360), 106 Bayberry (#2003803350) 301 S. College (2003803344), 303 S. College (# 2003803374), all in Youngsville, NC | | | | **unknown** |
| ACCOUNT NO. **0059**<br>City Of Chicago<br>Department Of Water Management<br>P. O. Box 6330<br>Chicago, IL  60680 | | | 2200 N. Avers Trust water bill for 3834 W. Palmer St, Chicago | | | | 1,440.05 |
| ACCOUNT NO. **8040**<br>Com Ed<br>P. O. Box 6111<br>Carol Stream, IL  60197 | | | Electric service for U.S. Land Group for 2200 N. Avers, Chicago | | | | 1,337.72 |
| ACCOUNT NO.<br>Denis & Claire Sullivan<br>7505 Willowwood Court<br>Orland Park, IL  60462 | X | | personal liability, if any, for 10/08  Management leaseback of condominium at 2200 B N. Avers, Chicago, IL  60647 with U. S. Land Group | | | X | 10,242.00 |
| ACCOUNT NO.<br>Dennis And Denise Keating<br>29823 Oak Meadow Drive<br>Kingston, IL  60145 | X | | personal liability, if any, for management leaseback with US. Land Group of 2200 Avers condominum | | | X | 10,000.00 |
| ACCOUNT NO. **4257**<br>Discover Card<br>P. O. Box 30943<br>Salt Lake City, UT  84130 | X | J | Misc personal purchases last several years | | | | 16,858.00 |

Sheet no. **3** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **49,877.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Crowe, Douglas**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4152** **Discover Card** **P. O. Box 30943** **Salt Lake City, UT 84130** | | H | Misc business and personal purchases last several years | | | | 8,834.00 |
| ACCOUNT NO. **8652** **EMC Mortgage Corporation** **% Hutchins, Senter & Britton, P.A.** **P. O. Box 2505** **Fayetteville, NC 28302** | | | First Mortgage for purchase of real estate at 113 Bayberry Lane, Youngsville, NC | | | | 65,407.25 |
| ACCOUNT NO. **0104** **EMC Mortgage Corporation** **% Hutchins, Senter & Britton, P.A.** **P. O. Box 2505** **Fayetteville, NC 28302** | | | Second mortgage for purchase of real estate at 113 Bayberry Lane, Youngsville, NC on 9/13/2006 | | | | 13,000.00 |
| ACCOUNT NO. **1563** **Fifth Third Bank** **Customer Servcie - MD 1MOC2G-4050** **38 Fountain Square Plaza** **Cincinnati, OH 45263** | X | | Line of Credit for Springboard Group, Inc.- purchases | | | | 20,534.82 |
| ACCOUNT NO. **0754** **Fifth Third Bank** **Customer Servcie - MD 1MOC2G-4050** **38 Fountain Square Plaza** **Cincinnati, OH 45263** | X | | U. S. Land Group, LLC account | | | | 6,183.54 |
| ACCOUNT NO. **0812** **Fifth Third Bank** **% Welman, Weinbergy & Reis Co., LPA** **180 N. La Salle Street, Suite 2400** **Chicago, IL 60601** | X | | Fifth Third Bank credit card for Springboard Group- lawsuit 2009 SR 2157 | | | | 5,797.19 |
| ACCOUNT NO. **0697** **Fifth Third Bank** **Customer Servcie - MD 1MOC2G-4050** **38 Fountain Square Plaza** **Cincinnati, OH 45263** | X | | Magellan One Ltd. business account | | | | 13,734.00 |

Sheet no. **4** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **133,490.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Crowe, Douglas**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0663** **Fifth Third Bank** **Customer Servcie - MD 1MOC2G-4050** **38 Fountain Square Plaza** **Cincinnati, OH  45263** | X | | **Real Estata Coaching Institute business  account** | | | | 5,423.36 |
| ACCOUNT NO. **4098** **First Financial Asset Mgmt, In** **P. O. Box 901** **Fort Mill, SC  29716-0901** | | | **collection agency for Bank of America acct xxxxx2101** | | | | 0.00 |
| ACCOUNT NO. **2284** **First National Bank Of Omaha** **P. O. Box 3696** **Omaha, NE  68103-0696** | | | **Misc personal purchases and cash advances last several years** | | | | 9,291.36 |
| ACCOUNT NO. **8960** **First National Bank Of Omaha** **% RGS Financial** **P. O. Box 2149** **Addison, TX  75001-2149** | | | **collection agency for First National Bank of Omaha** | | | | 0.00 |
| ACCOUNT NO. **1394** **Flagstar Bank** **% Pierce & Associates** **1 North Dearborn Street, 13th Floor** **Chicago, IL  60602** | | | **Arrearage, if any, after  foreclosure sale of 3560 West Palmer St, #1-D, Chicago, IL  60647 to satisfy 12/11/2006  purchase Mortgage** | | | | 171,750.00 |
| ACCOUNT NO. **2910** **Focus Receivables Management** **(Bank Of America)** **1130 Northchase Parkway, Suite 150** **Marietta, GA  30067** | | | **collection agent for Bank of America acct # 2101** | | | | 0.00 |
| ACCOUNT NO. **Greenspon Advertising** **3107 N. Honore** **Chicago, IL  60657** | X | | **personal liability, if any for 2007-08  Springboard advertising** | | | | 10,692.50 |

Sheet no. **5** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **197,157.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Crowe, Douglas _____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8001**<br><br>Groot Waste Services<br>2500 Landmeier Road<br>Elk Grove Village, IL  60007 | X | | U.S. Land Group's bill for services at 2200 N. Avers, Chicago,60647 | | | X | **758.00** |
| ACCOUNT NO. **5401**<br><br>Hedberg, Tobin, Flaherty & Whalen<br>Susan Langlotz<br>3 First National Pl 2150<br>Chicago, IL  60602 | X | J | personal liability, if any, for legal services for U.S. Land Group, LLC | | | | **17,215.42** |
| ACCOUNT NO.<br><br>Illinois Aviation Academy<br>Bob Weirderich<br>32 W 751 Tower Road<br>West Chicago, IL  60185 | | | personal liability, if any, for aviation services to Real Estate Coaching Institute, Inc. | | | | **3,463.53** |
| ACCOUNT NO. **8758**<br><br>Law Offices Of Alan J. Bernstein<br>211 W. Wacker Drive, Suite 1100<br>Chicago, IL  60606 | | | Legal services 2008  Judgment entered July 2009 | | | | **620.00** |
| ACCOUNT NO. **5807**<br><br>Markoff & Krasny<br>29 N. Wacker Drive #500<br>Chicago, IL  60606-2854 | X | | collection agency for fifth third bank | | | | **0.00** |
| ACCOUNT NO. **7985**<br><br>Midwest Bank And Trust<br>% STahl, Cowen, Crowley, Addis<br>55 W. Monroe, Suite 1200<br>Chicago, IL  60603 | X | | Deficiency on personal guarantee for US Land Group after mortgage foreclosure and sale of 2200 N. Avers, Chicago. | | | | **270,779.55** |
| ACCOUNT NO. **iple**<br><br>People's Gas<br>Chicago, IL  60687-0001 | X | | U. S. Land Group, LLC's Gas bills for  2204 N. Avers,  Chicago, IL  60647-2250, account numbers 2-5000-5186-1818, 1856, and 1894, and 2-5000-4482-8232 | | | X | **7,556.60** |

Sheet no. **6** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **300,393.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Crowe, Douglas
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ious** <br><br> **People's Gas** <br> **Chicago, IL  60687-0001** | X | | **U. S. Land Group's Gas service for 2200 N. Avers, Chicago acct #'s 2-5000-5186-1786 and 1791** | | | X | 613.00 |
| ACCOUNT NO. **2178** <br><br> **People's Gas** <br> **Chicago, IL  60687-0001** | | | **Gas bill for unknown address** | | | X | 1,645.00 |
| ACCOUNT NO. **ious** <br><br> **People's Gas** <br> **Chicago, IL  60687-0001** | X | | **U.S. Land Group's gas bill for 3834 W. Palmer, accts:  2-5000-5186-1983,  2051 and 2493** | | | X | 245.40 |
| ACCOUNT NO. **ious** <br><br> **People's Gas** <br> **Chicago, IL  60687-0001** | | | **U.S. Land Group's  gas bill for 3836 W. Palmer, Chicago, accts # 2-5000-5186-2121 and 2140** | | | X | 181.03 |
| ACCOUNT NO. **ious** <br><br> **People's Gas** <br> **Chicago, IL  60687-0001** | X | | **U.S. Land Group's bill for gas service at 3838 W. Palmer, accts # 2-5000-5186-2224, 2205, and 2173** | | | X | 336.21 |
| ACCOUNT NO. **2347** <br><br> **People's Gas** <br> **Chicago, IL  60687-0001** | X | | **U.S. Land Groups gas service for 3840 W. Palmer St., Chicago** | | | X | 134.46 |
| ACCOUNT NO. **8232** <br><br> **Professional Recovery Consultants** <br> **7584065** <br> **2700 Meridian Parkway, Suite 200** <br> **Durham,, NC  27713-2204** | | | **collection agent for People's Gas** | | | | 0.00 |

Sheet no. **7** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,155.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Crowe, Douglas__                                                    Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Randall Dusek<br>1129 Williamsburg Circle<br>Grayslake, IL 60030 | X | | Personal liability, if any, for management Leaseback agreement for 3940 W. Palmer, Unit 3840, Chicago, IL 60647 with U.S. Land Group | | | X | 14,406.39 |
| ACCOUNT NO.<br>Reaps, Inc<br>920 Essington Road<br>Joliet, IL 60435 | | | Collection agency | | | | 0.00 |
| ACCOUNT NO. rs1B<br>Russell J. Wick Sr.<br>6217 W. 157th Pl<br>Oak Forest, IL 60452 | X | | personal liability, if any for rent guarantee/rentback due under master lease agreement for 2200 N. Avers, Unit 1-B with US Land Group 3/1/08 | | | X | 17,632.00 |
| ACCOUNT NO.<br>Scott Mallick<br>CCEL, Ltd.<br>4725 Sanctuary Lane<br>Boca Raton, FL 33431 | | | Balance due (plus interest) on 4/18/08 personal loan of $100,000 and 7/9/08 personal loan of $50,000 | | | | 54,000.00 |
| ACCOUNT NO. 8673<br>Sears Gold Mastercard<br>P. O. Box 6282<br>Sioux Falls, SD 57117-6282 | | | Misc business and consumer purchases last several years | | | | 12,513.97 |
| ACCOUNT NO. 5101<br>Tel Assist<br>6417 West 87th Street, Suite 3<br>Oak Lawn, IL 60453 | X | | communications/answering services | | | | 92.10 |
| ACCOUNT NO.<br>Tony Gibbs<br>100 S. Arkansas Road, Suite 116-366<br>Grayslake, IL 60030 | X | | personal liability, if any, for Management lease of 2200 Avers, Unit 2B, Chicago, IL 60647 with U.S. Land Group | | | X | 16,176.00 |

Sheet no. __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 114,820.46

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Crowe, Douglas _____   Case No. _____
            Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3255**<br>**Town Of Youngsville**<br>**P. O. Box 190**<br>**118 N. Cross Street**<br>**Youngsvillel, NC  27596** | | | **2008 city Taxes for Youngsville, NC properties** | | | | **2,546.14** |
| ACCOUNT NO. **7536**<br>**Wells Fargo Business Card**<br>**P. O. Box 348750**<br>**Sacremento, CA  95834** | | H | | | | | **11,414.84** |
| ACCOUNT NO.<br>**West Logan Square Condominium Assoc**<br>**% Robert C. Beck**<br>**435 W. Roosevelt Road**<br>**Wheaton, IL  60189** | | | **Unpaid  Association fees  for 3560 W. Palmer Street, Unit 1-D, Chicago, IL  60647** | | | | **4,630.34** |
| ACCOUNT NO. **1932**<br>**ZAD**<br>**% Ethan & Associates**<br>**800 N. Causeway Blvd - 3d Floor**<br>**Mandeville, LA  70448** | | | **Collection agency for ZAD** | | | | **2,240.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **9** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                     (Total of this page)    $ **20,831.32**

                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ **1,129,358.80**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Crowe, Douglas
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Magellan One Limited**<br>**1404 Glencoe Street**<br>**Wheaton, IL  60187-3765** | **Fifth Third Bank**<br>**Customer Servcie - MD 1MOC2G-4050**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH  45263** |
| | **Markoff & Krasny**<br>**29 N. Wacker Drive #500**<br>**Chicago, IL  60606-2854** |
| **Mary Crowe**<br>**1404 Glencoe Ave.**<br>**Wheaton, IL  60187** | **Discover Card**<br>**P. O. Box 30943**<br>**Salt Lake City, UT  84130** |
| | **Fifth Third Bank**<br>**Customer Servcie - MD 1MOC2J-CC 3150**<br>**5050 Kingsley**<br>**Cincinnati, OH  45263** |
| | **Countrywide Home Loans(BAC)**<br>**% Warbicki Law Group**<br>**33 W. Monroe St., Suite 1140**<br>**Chicago, IL  60603** |
| | **United Financial Mortgage Corp**<br>**815 Commerce Drive, Suite 100**<br>**Oak Brook, IL  60523** |
| **Real Estate Coaching Institute**<br>**1404 Glencoe Street**<br>**Wheaton, IL  60187** | **Fifth Third Bank**<br>**Customer Servcie - MD 1MOC2G-4050**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH  45263** |
| | **National City Bank**<br>**Loss Mitigation Department**<br>**6750 Miller Road**<br>**Brecksville, OH  44141** |
| **Springboard Group Corp**<br>**1404 Glencoe Street**<br>**Wheaton, IL  60187** | **Advanta Bank Corp**<br>**P. O. Box 30715**<br>**Salt Lake City, UT  84130-0715** |
| | **Bank Of America, N.A**<br>**P. O. Box15184**<br>**Wilmington, DE  19850-5184** |
| | **Fifth Third Bank**<br>**Customer Servcie - MD 1MOC2G-4050**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH  45263** |
| | **Fifth Third Bank**<br>**% Welman, Weinbergy & Reis Co., LPA** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Crowe, Douglas
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| U.S.Land Group, Llc<br>1404 Glencoe Street<br>Wheaton, IL  60187 | 180 N. La Salle Street, Suite 2400<br>Chicago, IL  60601<br><br>Tel Assist<br>6417 West 87th Street, Suite 3<br>Oak Lawn, IL  60453<br><br>Greenspon Advertising<br>3107 N. Honore<br>Chicago, IL  60657<br><br>Fifth Third Bank<br>Customer Servcie - MD 1MOC2G-4050<br>38 Fountain Square Plaza<br>Cincinnati, OH  45263<br><br>Hedberg, Tobin, Flaherty & Whalen<br>Susan Langlotz<br>3 First National Pl 2150<br>Chicago, IL  60602<br><br>Midwest Bank And Trust<br>% STahl, Cowen, Crowley, Addis<br>55 W. Monroe, Suite 1200<br>Chicago, IL  60603<br><br>A & K Painters<br>127 Rozanne Drive<br>Addison, IL  60101<br><br>People's Gas<br>Chicago, IL  60687-0001<br><br>People's Gas<br>Chicago, IL  60687-0001<br><br>People's Gas<br>Chicago, IL  60687-0001<br><br>People's Gas<br>Chicago, IL  60687-0001<br><br>People's Gas<br>Chicago, IL  60687-0001<br><br>Groot Waste Services<br>2500 Landmeier Road<br>Elk Grove Village, IL  60007<br><br>Russell J. Wick Sr.<br>6217 W. 157th Pl<br>Oak Forest, IL  60452<br><br>Randall Dusek<br>1129 Williamsburg Circle<br>Grayslake, IL  60030<br><br>Tony Gibbs<br>100 S. Arkansas Road, Suite 116-366 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE __Crowe, Douglas__
                        Case No. _____

Debtor(s)
                                                         (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Grayslake, IL  60030** |
| | **Denis & Claire Sullivan**<br>**7505 Willowwood Court**<br>**Orland Park, IL  60462** |
| | **Dennis And Denise Keating**<br>**29823 Oak Meadow Drive**<br>**Kingston, IL  60145** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Crowe, Douglas _____    Case No. _____

<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____28 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 14, 2009** _____    Signature: **_/s/ Douglas Crowe_**

**Douglas Crowe**                Debtor

Date: _____    Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                    Case No. _____

**Crowe, Douglas**_____   Chapter **7**_____
                                Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**67**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 14, 2009**_____   ***/s/ Douglas Crowe***_____
                                                Debtor

                                                _____
                                                Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Crowe, Douglas
1404 Glencoe Street
Wheaton, IL  60187

Bank Of America, N.A
P. O. Box 15184
Wilmington, DE  19850-5184

Chris Sorenson
730 E. Evelyn
Sunnyvale, CA  94086

Janet Watson
330 S. Naperville Road Suite 405
Wheaton, IL  60187-5442

Bass, Solomon & Dowelll, LLP
520 North Hicks Road, Suite 120
Palatine, IL  60067

CitiMortgage
P. O. Box 9438
Gaithersburg, MD  20898-9438

A & K Painters
127 Rozanne Drive
Addison, IL  60101

Cach, LLC
% Neuheisel Law Firm, P.C.
64 E. Broadway Road, Suite 245
Tempe, AZ  85282-1355

City Of Chicago
Department Of Water Management
P. O. Box 6330
Chicago, IL  60680

Advanta Bank Corp
P. O. Box 30715
Salt Lake City, UT  84130-0715

Capital One Bank
Bankruptcy Center
P. O. Box 5155
Norcross, GA  30091

Com Ed
P. O. Box 6111
Carol Stream, IL  60197

Aurora Loan Services
P. O. Box 1706
Scottsbluff, NE  69363-1706

Central Mortgage Co.
801 John Barrow Road, Suite 1
Little Rock, AR  72205

Countrywide Home Loans(BAC)
% Warbicki Law Group
33 W. Monroe St., Suite 1140
Chicago, IL  60603

Avers Condominium Association
% Michael Daniels, Registered Agent
3856 Oakton
Skokie, IL  60076

Chase Bank
OH1-1188
340 S. Cleveland Avenue, Bldg 370
Westerville, OH  43081

Denis & Claire Sullivan
7505 Willowwood Court
Orland Park, IL  60462

Bank Of America, N.A
P. O. Box15026
Wilmington, DE  19850-5026

Chase Bank
% Creditors Financial Group
3131 South Vaughn Way, Suite 110
Aurora, CO  80014

Dennis And Denise Keating
29823 Oak Meadow Drive
Kingston, IL  60145

Bank Of America, N.A
P. O. Box15184
Wilmington, DE  19850-5184

Chase Bank,
% Michael D. Fine
131 S. Dearborn, Floor 5
Chicago, IL  60603

Discover Card
P. O. Box 30943
Salt Lake City, UT  84130

Bank Of America, N.A
P. O. Box 22031
Greensboro, NC  27420

Chase Bank,
% Michael D. Fine
131 S. Dearborn Street, Floor 5
Chicago, IL  60603

EMC Mortgage Corporation
% Hutchins, Senter & Britton, P.A.
P. O. Box 2505
Fayetteville, NC  28302

Bank Of America, N.A
% Collectcorp
P. O. Box 101928, Dept 4947A
Birmingham, AL  35210-1928

Chase Bank,
P. O. Box 15298
Wilmington, DE  19850-5298

Erader Mills
% The Hunt Law Firm
P. O. Box 130
Durham, NC  27702

Erader Mills
% The Hunt Law Firm, PLLC
P. O. Box 130
Durham, NC  27702

Franklin County Tax Collector
P. O. Box 503
Louisburg, NC  27549

Midwest Bank And Trust
% STahl, Cowen, Crowley, Addis
55 W. Monroe, Suite 1200
Chicago, IL  60603


Erader Mills
% The Hung Law Firm
P. O. Box 130
Durham, NC  27702

Greenspon Advertising
3107 N. Honore
Chicago, IL  60657

National City Bank
Loss Mitigation Department
6750 Miller Road
Brecksville, OH  44141


Fifth Third Bank
Customer Servcie - MD 1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH  45263

Groot Waste Services
2500 Landmeier Road
Elk Grove Village, IL  60007

People's Gas
Chicago, IL  60687-0001


Fifth Third Bank
% Welman, Weinbergy & Reis Co., LPA
180 N. La Salle Street, Suite 2400
Chicago, IL  60601

Hedberg, Tobin, Flaherty & Whalen
Susan Langlotz
3 First National Pl 2150
Chicago, IL  60602

Professional Recovery Consultants
7584065
2700 Meridian Parkway, Suite 200
Durham,, NC  27713-2204


Fifth Third Bank
Customer Servcie - MD 1MOC2J-CC 3150
5050 Kingsley
Cincinnati, OH  45263

Illinois Aviation Academy
Bob Weirderich
32 W 751 Tower Road
West Chicago, IL  60185

Randall Dusek
1129 Williamsburg Circle
Grayslake, IL  60030


First Financial Asset Mgmt, In
P. O. Box 901
Fort Mill, SC  29716-0901

Law Offices Of Alan J. Bernstein
211 W. Wacker Drive, Suite 1100
Chicago, IL  60606

Real Estate Coaching Institute
1404 Glencoe Street
Wheaton, IL  60187


First National Bank Of Omaha
P. O. Box 3696
Omaha, NE  68103-0696

Magellan One Limited
1404 Glencoe Street
Wheaton, IL  60187-3765

Reaps, Inc
920 Essington Road
Joliet, IL  60435


First National Bank Of Omaha
% RGS Financial
P. O. Box 2149
Addison, TX  75001-2149

Markoff & Krasny
29 N. Wacker Drive #500
Chicago, IL  60606-2854

Russell J. Wick Sr.
6217 W. 157th Pl
Oak Forest, IL  60452


Flagstar Bank
% Pierce & Associates
1 North Dearborn Street, 13th Floor
Chicago, IL  60602

Mary Crowe
1404 Glencoe Ave.
Wheaton, IL  60187

Scott Mallick
CCEL, Ltd.
4725 Sanctuary Lane
Boca Raton, FL  33431


Focus Receivables Management
(Bank Of America)
1130 Northchase Parkway, Suite 150
Marietta, GA  30067

Mers As Nominee Of United Financial Mort
P. O. Box 2026
Flint, MI  48501-2026

Sears Gold Mastercard
P. O. Box 6282
Sioux Falls, SD  57117-6282

**Springboard Group Corp**
**1404 Glencoe Street**
**Wheaton, IL  60187**

**Tel Assist**
**6417 West 87th Street, Suite 3**
**Oak Lawn, IL  60453**

**Tony Gibbs**
**100 S. Arkansas Road, Suite 116-366**
**Grayslake, IL  60030**

**Town Of Youngsville**
**P. O. Box 190**
**118 N. Cross Street**
**Youngsvillel, NC  27596**

**U.S.Land Group, Llc**
**1404 Glencoe Street**
**Wheaton, IL  60187**

**United Financial Mortgage Corp**
**815 Commerce Drive, Suite 100**
**Oak Brook, IL  60523**

**Wells Fargo Business Card**
**P. O. Box 348750**
**Sacremento, CA  95834**

**West Logan Square Condominium Assoc**
**% Robert C. Beck**
**435 W. Roosevelt Road**
**Wheaton, IL  60189**

**ZAD**
**% Ethan & Associates**
**800 N. Causeway Blvd - 3d Floor**
**Mandeville, LA  70448**

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                                      Case No. _____

**Crowe, Douglas** _____    Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................... $ _____**5,000.00**

Prior to the filing of this statement I have received ........................................................... $ _____**5,000.00**

Balance Due ........................................................................................ $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor    ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**October 14, 2009**_____              ___**/s/ Janet Watson**_____
Date                                                         **Janet Watson 6182273**
                                                             **Janet Watson**
                                                             **330 S. Naperville Road Suite 405**
                                                             **Wheaton, IL  60187-5442**
                                                             **(630) 260-1667  Fax: (630) 260-6711**
                                                             **JWatsonJD@aol.com**

B201 (12/08)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

B201                                                                                                                                           Page 2

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Crowe, Douglas** | X */s/ Douglas Crowe*                               10/14/2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor                                  Date |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)                   Date |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only