# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CROWE, DOUGLAS § Case No. 09-38275
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2013 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/12/2012         By: KENNETH S. GARDNER
                                    Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CROWE, DOUGLAS § Case No. 09-38275
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,526.89 |
| and approved disbursements of | $ | 422.49 |
| leaving a balance on hand of[1] | $ | 24,104.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,202.69 | $ 0.00 | $ 3,202.69 |
| Other: International Sureties Ltd. | $ 42.77 | $ 42.77 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,202.69 |
| Remaining Balance | $ | 20,901.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 20,903.93 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000018A | Illinois Department of Revenue | $ 20,903.93 | $ 0.00 | $ 20,901.71 |
| | Total to be paid to priority creditors | | | $ 20,901.71 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 892,925.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 18,896.59 | $ 0.00 | $ 0.00 |
| 000002 | DISCOVER BANK | $ 10,887.36 | $ 0.00 | $ 0.00 |
| 000003 | Groot Waste Services | $ 758.35 | $ 0.00 | $ 0.00 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ 8,282.75 | $ 0.00 | $ 0.00 |
| 000005 | Advanta Bank Corp. | $ 26,921.95 | $ 0.00 | $ 0.00 |
| 000006 | Fifth Third Bank | $ 6,177.29 | $ 0.00 | $ 0.00 |
| 000007 | Fifth Third Bank | $ 12,854.60 | $ 0.00 | $ 0.00 |
| 000008 | Fifth Third Bank | $ 6,783.59 | $ 0.00 | $ 0.00 |
| 000009 | Fifth Third Bank | $ 6,375.60 | $ 0.00 | $ 0.00 |
| 000010 | Fifth Third Bank | $ 23,464.95 | $ 0.00 | $ 0.00 |
| 000011 | Illinois Aviation Academy | $ 3,463.63 | $ 0.00 | $ 0.00 |
| 000012 | Chase Bank USA, N.A. | $ 74,004.86 | $ 0.00 | $ 0.00 |
| 000013 | Chase Bank USA, N.A. | $ 9,743.10 | $ 0.00 | $ 0.00 |
| 000014 | Chase Bank USA NA | $ 7,162.75 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Atlas Acquisitions LLC | $ 16,766.44 | $ 0.00 | $ 0.00 |
| 000017 | Wells Fargo Bank, N.A. | $ 11,414.84 | $ 0.00 | $ 0.00 |
| 000018B | Illinois Department of Revenue | $ 2,244.70 | $ 0.00 | $ 0.00 |
| 000019 | A & K Painters | $ 19,809.84 | $ 0.00 | $ 0.00 |
| 000020 | First National Bank of Omaha | $ 9,291.36 | $ 0.00 | $ 0.00 |
| 000021 | Russell J. Wick Sr. | $ 58,821.07 | $ 0.00 | $ 0.00 |
| 000022 | Midwest Bank And Trust | $ 274,859.95 | $ 0.00 | $ 0.00 |
| 000023 | Fia Card Services, NA/Bank of America | $ 52,831.13 | $ 0.00 | $ 0.00 |
| 000024 | Randall Dusek | $ 52,952.18 | $ 0.00 | $ 0.00 |
| 000025 | Erader Mills | $ 94,947.80 | $ 0.00 | $ 0.00 |
| 000026 | Dennis And Denise Keating | $ 47,420.97 | $ 0.00 | $ 0.00 |
| 000027 | Greenspon Advertising | $ 10,226.50 | $ 0.00 | $ 0.00 |
| 000028 | Hedberg, Tobin, Flaherty & Whalen | $ 17,215.42 | $ 0.00 | $ 0.00 |
| 000029 | West Logan Square Condominium Assoc | $ 5,792.86 | $ 0.00 | $ 0.00 |
| 000030 | Commonwealth Edison Company | $ 2,553.17 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

             Prepared By: /s/GINA B. KROL
                       Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                    Case No. 09-38275-DRC
Douglas Crowe                                                             Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley              Page 1 of 4               Date Rcvd: Dec 14, 2012
                              Form ID: pdf006            Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2012.
db           #+Douglas Crowe,    1404 Glencoe Street,    Wheaton, IL 60187-3765
14577717     +A & K Painters,   C/O Eric J Miller Eqsq,    2340 South Arlington Heights Rd,
               Arlington Heights, IL 60005-4516
14577718     +Advanta Bank Corp,    c/o Becket and Lee LLP,   P O BOX 3001,   Malvern, PA 19355-0701
15068735      Advanta Bank Corp.,    POB 3001,   Malvern, PA 19355-0701
14577720     +Avers Condominium Association,    C/O Michael Daniels, Registered Agent,   3856 Oakton,
               Skokie, IL 60076-3454
14577723     +Bank Of America, N.A,    P. O. Box 22031,   Greensboro, NC 27420-2031
14577724     +Bank Of America, N.A,    Collectcorp,   P. O. Box 101928, Dept 4947A,   Birmingham, AL 35210-6928
14577726     +Bass, Solomon & Dowelll, LLP,    520 North Hicks Road, Suite 120,   Palatine, IL 60067-3607
14577728    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,    Bankruptcy Center,   P. O. Box 5155,
               Norcross, GA  30091)
15065462      CAPITAL ONE BANK (USA), N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,   PO Box 71083,
               Charlotte, NC  28272-1083
14577727     +Cach, LLC,    C/O Neuheisel Law Firm, P.C.,   64 E. Broadway Road, Suite 245,
               Tempe, AZ 85282-1383
14577730     +Chase Bank,    OH1-1188,   340 S. Cleveland Avenue, Bldg 370,   Westerville, OH 43081-8917
14577731     +Chase Bank,    C/O  Creditors Financial Group,   3131 South Vaughn Way, Suite 110,
               Aurora, CO 80014-3501
15112475      Chase Bank USA NA,    P.O. BOX 15145,   Wilmington DE 19850-5145
15100645      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14577734      Chase Bank,,   P. O. Box 15298,    Wilmington, DE  19850-5298
14577733     +Chase Bank,,    C/O  Michael D. Fine,   131 S. Dearborn Street, Floor 5,   Chicago, IL 60603-5571
14577732     +Chase Bank,,    C/O  Michael D. Fine,   131 S. Dearborn, Floor 5,   Chicago, IL 60603-5571
14577735     +Chris Sorenson,    730 E. Evelyn,   Sunnyvale, CA 94086-6500
14979655      Cit Advantage Card,    P O BOX 6494,   Sioux Falls, SD 57117-6494
14577737     +City Of Chicago,    Department Of Water Management,    P. O. Box 6330,   Chicago, IL 60680-6330
14577739     +Countrywide Home Loans(BAC),    C/O Warbicki Law Group,   33 W. Monroe St., Suite 1140,
               Chicago, IL 60603-5332
14577715     +Crowe Douglas,    1404 Glencoe Street,   Wheaton, IL 60187-3765
14577740     +Denis & Claire Sullivan,    7505 Willowwood Court,   Orland Park, IL 60462-4259
14577741     +Dennis And Denise Keating,    29823 Oak Meadow Drive,   Kingston, IL 60145-8541
14979654     +Diane L. Ozog, MDSC,    130 S. Main St., #202,    Lombard, IL 60148-2670
14577744     +Erader Mills,    C/O The Hunt Law Firm,   P. O. Box 130,   Durham, NC 27702-0130
14577745     +Erader Mills,    C/O The Hunt Law Firm, PLLC,   P. O. Box 130,   Durham, NC 27702-0130
14577747    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    Customer Servcie - MD 1MOC2G-4050,
               38 Fountain Square Plaza,    Cincinnati, OH  45263)
14577754    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Management,    Bank Of America,
               1130 Northchase Parkway, Suite 150,    Marietta, GA  30067)
15070092     +Fifth Third Bank,    Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
               Grand Rapids MI 49546-6253
14624938     +Fifth Third Bank,    POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
14577748     +Fifth Third Bank,    C/O Welman, Weinbergy & Reis Co., LPA,   180 N. La Salle Street, Suite 2400,
               Chicago, IL 60601-2704
14577750      First Financial Asset Mgmt, In,    P. O. Box 901,   Fort Mill, SC  29716-0901
14577751      First National Bank Of Omaha,    P. O. Box 3696,   Omaha, NE  68103-0696
14577752      First National Bank Of Omaha,    RGS Financial,   P. O. Box 2149,   Addison, TX  75001-2149
15360960     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
14577753     +Flagstar Bank,    C/O Pierce & Associates,   1 North Dearborn Street, 13th Floor,
               Chicago, IL 60602-4321
14577755     +Franklin County Tax Collector,    P. O. Box 503,   Louisburg, NC 27549-0503
14577756     +Greenspon Advertising,    3107 N. Honore,   Chicago, IL 60657-2030
14577757     +Groot Waste Services,    2500 Landmeier Road,   Elk Grove Village, IL 60007-2627
14577758      Hedberg, Tobin, Flaherty & Whalen,    Susan Langlotz,   70 W. Madison ST. Ste 2150,
               Chicago, IL 60602-4254
14979653    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    ROT Discovery Section,
               P O BOX 19020,   Springfield, IL 62794-9020)
14577759     +Illinois Aviation Academy,    Bob Weirderich,   32 W 751 Tower Road,   West Chicago, IL 60185-1000
15248757      Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
14577716      Janet Watson,    330 S Naperville Road Suite 405,   Wheaton, IL  60187-5442
14577760     +Law Offices Of Alan J. Bernstein,    211 W. Wacker Drive, Suite 1100,   Chicago, IL 60606-1331
14577761     +Magellan One Limited,    1404 Glencoe Street,   Wheaton, IL  60187-3765
14577762      Markoff & Krasny,    29 N. Wacker Drive #500,   Chicago, IL 60606-2854
14577764      Mers As Nominee Of United Financial Mort,    P. O. Box 2026,   Flint, MI  48501-2026
14577765     +Midwest Bank And Trust,    c/o Shelly A DeRousse,   STahl, Cowen, Crowley, Addis,
               55 W. Monroe, Suite 1200,    Chicago, IL 60603-5127
14577766     +National City Bank,    Loss Mitigation Department,   6750 Miller Road,
               Brecksville, OH 44141-3262
14979652      Paypal Bank,   GE Money Bank,    2211 N First Street,   San Jose, CA 95131-2021
```

```
District/off: 0752-1           User: mhenley              Page 2 of 4                   Date Rcvd: Dec 14, 2012
                               Form ID: pdf006            Total Noticed: 80

14577767       People's Gas,    Chicago, IL  60687-0001
14577768      +Professional Recovery Consultants,    2700 Meridian Parkway, Suite 200,    Durham,, NC 27713-2450
14577769      +Randall Dusek,    1129 Williamsburg Circle,    Grayslake, IL 60030-7906
14577770      +Real Estate Coaching Institute,    1404 Glencoe Street,    Wheaton, IL 60187-3765
14577771      +Reaps, Inc,    920 Essington Road,    Joliet, IL 60435-2859
14577772      +Russell J. Wick Sr.,    6217 W. 157th Pl,    Oak Forest, IL 60452-2711
14577773      +Scott Mallick,    CCEL, Ltd.,    4725 Sanctuary Lane,    Boca Raton, FL 33431-5235
14577774       Sears Gold Mastercard,    P. O. Box 6282,    Sioux Falls, SD  57117-6282
14577775      +Springboard Group Corp,    1404 Glencoe Street,    Wheaton, IL 60187-3765
14577776      +Tel Assist,    6417 West 87th Street, Suite 3,    Oak Lawn, IL 60453-1073
14577777       Tony Gibbs,    Haweye Limited, LLC,    100 S. Arkansas Road, Suite 116-366,    Grayslake, IL  60030
14577778      +Town Of Youngsville,    P. O. Box 190,    118 N. Cross Street,    Youngsvillel, NC 27596-7929
14577779      +U.S.Land Group, Llc,    1404 Glencoe Street,    Wheaton, IL 60187-3765
14577780      +United Financial Mortgage Corp,    815 Commerce Drive, Suite 100,    Oak Brook, IL 60523-8839
14577782    ++++WEST LOGAN SQUARE CONDOMINIUM ASSOC,    70 W MADISON ST STE 2150,    CHICAGO IL  60602-4254
               (address filed with court:  West Logan Square Condominium Assoc,
                Three First National Plaza Ste 2150,    Chicago, IL 60602)
15225149      +Wells Fargo Bank, N.A.,    BDD Bankruptcy Dept, MAC S4101-08C,    100 W. Washington Street,
                Phoenix, AZ 85003-1814
14577781      +Wells Fargo Business Card,    P. O. Box 348750,    Sacremento, CA 95834-8750
14577783      +ZAD,    % Ethan & Associates,    800 N. Causeway Blvd - 3d Floor,    Mandeville, LA 70448-4664

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14998206      +E-mail/Text: bnc@atlasacq.com Dec 15 2012 02:51:03      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
14577719       E-mail/Text: ALSBankruptcy@aurorabankfsb.com Dec 15 2012 01:57:37      Aurora Loan Services,
                P. O. Box 1706,    Scottsbluff, NE  69363-1706
14577729      +E-mail/Text: bankruptcy@arvest.com Dec 15 2012 01:55:27      Central Mortgage Co.,
                801 John Barrow Road, Suite 1,    Little Rock, AR 72205-6511
14577738      +E-mail/Text: legalcollections@comed.com Dec 15 2012 01:55:40      Com Ed,    P. O. Box 6111,
                Carol Stream, IL 60197-6111
15847298      +E-mail/Text: legalcollections@comed.com Dec 15 2012 01:55:40      Commonwealth Edison Company,
                3 Lincoln Center 4th Floor,    Attn:  Bankruptcy Section/Claims,
                Oakbrook Terrace, IL 60181-4204
15015112       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2012 02:05:28      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14577742       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2012 02:05:28      Discover Card,
                P. O. Box 30943,    Salt Lake City, UT  84130
14577743      +E-mail/Text: hsbbkydept@hutchensandsenter.com Dec 15 2012 01:50:41      EMC Mortgage Corporation,
                C/O Hutchins, Senter & Britton, P.A.,    P. O. Box 2505,    Fayetteville, NC 28302-2505
15453925       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2012 02:07:02
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14577746*     +Erader Mills,    C/O The Hunt Law Firm,    P. O. Box 130,    Durham, NC 27702-0130
14577749*    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,    Customer Servcie - MD 1MOC2J-CC 3150,
                5050 Kingsley,    Cincinnati, OH  45263)
14577725     ##Bank Of America, N.A,    P. O. Box 15184,    Wilmington, DE  19850-5184
14577721     ##Bank Of America, N.A,    P. O. Box15026,    Wilmington, DE  19850-5026
14577722     ##Bank Of America, N.A,    P. O. Box15184,    Wilmington, DE  19850-5184
14577736     ##CitiMortgage,    P. O. Box 9438,    Gaithersburg, MD  20898-9438
14577763     ##+Mary Crowe,    1404 Glencoe Ave.,    Wheaton, IL 60187-3765
                                                                                              TOTALS: 0, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mhenley              Page 3 of 4                   Date Rcvd: Dec 14, 2012
                              Form ID: pdf006            Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 4 of 4                  Date Rcvd: Dec 14, 2012
                              Form ID: pdf006            Total Noticed: 80
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2012 at the address(es) listed below:
         Eric J. Miller    on behalf of Creditor   A & K Painters emiller@farwelllaw.com
         Faiq  Mihlar    on behalf of Creditor    Empire Mortgage shellyhood@hsbattys.com,
      jenniferewins@hsbattys.com;heathergiannino@hsbattys.com;bk4hsbm@gmail.com
         Gina B Krol    gkrol@cohenandkrol.com,
      gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
         Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
      jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
         Janet L Watson    on behalf of Debtor Douglas  Crowe jwatsonjd@aol.com
         Jeannette M Conrad    on behalf of Creditor   Fifth Third Bank jconrad@qpwblaw.com,
      amackowiak@qpwblaw.com
         Michael  Dimand    on behalf of Creditor    BAC Home Loans Servicing LP mdimand@aol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                              TOTAL: 8