# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
CROWE, DOUGLAS                            §        Case No. 09-38275
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                   Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:                   Claims Discharged
                                                    Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Loan Services P. O. Box 1706 Scottsbluff, NE 69363-1706 | | | | | |
| | Countrywide Home Loans(BAC) % Warbicki Law Group 33 W. Monroe St., Suite 1140 Chicago, IL  60603 | | | | | |
| | Erader Mills % The Hung Law Firm P. O. Box 130 Durham, NC  27702 | | | | | |
| | Erader Mills % The Hunt Law Firm P. O. Box 130 Durham, NC  27702 | | | | | |
| | Erader Mills % The Hunt Law Firm P. O. Box 130 Durham, NC  27702 | | | | | |
| | Erader Mills % The Hunt Law Firm, PLLC P. O. Box 130 Durham, NC  27702 | | | | | |
| | Fifth Third Bank Customer Servcie - MD 1MOC2J-CC 3150 5050 Kingsley Cincinnati, OH  45263 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Franklin County Tax Collector P. O. Box 503 Louisburg, NC 27549 | | | | | |
| | Franklin County Tax Collector P. O. Box 503 Louisburg, NC 27549 | | | | | |
| | Franklin County Tax Collector P. O. Box 503 Louisburg, NC 27549 | | | | | |
| | Franklin County Tax Collector P. O. Box 503 Louisburg, NC 27549 | | | | | |
| | Mers As Nominee Of United Financial Mort P. O. Box 2026 Flint, MI  48501-2026 | | | | | |
| | National City Bank Loss Mitigation Department 6750 Miller Road Brecksville, OH 44141 | | | | | |
| | United Financial Mortgage Corp 815 Commerce Drive, Suite 100 Oak Brook, IL 60523 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avers Condominium Association % Michael Daniels, Registered Agent 3856 Oakton Skokie, IL 60076 | | | | | |
| | Bank Of America, N.A % Collectcorp P. O. Box 101928, Dept 4947A Birmingham, AL 35210-1928 | | | | | |
| | Bank Of America, N.A P. O. Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank Of America, N.A P. O. Box 22031 Greensboro, NC 27420 | | | | | |
| | Bank Of America, N.A P. O. Box15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank Of America, N.A P. O. Box15184 Wilmington, DE 19850-5184 | | | | | |
| | Bass, Solomon & Dowelll, LLP 520 North Hicks Road, Suite 120 Palatine, IL  60067 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cach, LLC % Neuheisel Law Firm, P.C. 64 E. Broadway Road, Suite 245 Tempe, AZ 85282-1355 | | | | | |
| | Central Mortgage Co. 801 John Barrow Road, Suite 1 Little Rock, AR  72205 | | | | | |
| | Chase Bank % Creditors Financial Group 3131 South Vaughn Way, Suite 110 Aurora, CO  80014 | | | | | |
| | Chase Bank OH1-1188 340 S. Cleveland Avenue, Bldg 370 Westerville, OH  43081 | | | | | |
| | Chase Bank, % Michael D. Fine 131 S. Dearborn, Floor 5 Chicago, IL  60603 | | | | | |
| | Chris Sorenson 730 E. Evelyn Sunnyvale, CA  94086 | | | | | |
| | CitiMortgage P. O. Box 9438 Gaithersburg, MD  20898-9438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Of Chicago Department Of Water Management P. O. Box 6330 Chicago, IL  60680 | | | | | |
| | Denis & Claire Sullivan 7505 Willowwood Court Orland Park, IL  60462 | | | | | |
| | EMC Mortgage Corporation % Hutchins, Senter & Britton, P.A. P. O. Box 2505 Fayetteville, NC  28302 | | | | | |
| | EMC Mortgage Corporation % Hutchins, Senter & Britton, P.A. P. O. Box 2505 Fayetteville, NC  28302 | | | | | |
| | First Financial Asset Mgmt, In P. O. Box 901 Fort Mill, SC 29716-0901 | | | | | |
| | First National Bank Of Omaha % RGS Financial P. O. Box 2149 Addison, TX  75001-2149 | | | | | |
| | Flagstar Bank % Pierce & Associates 1 North Dearborn Street, 13th Floor Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Focus Receivables Management (Bank Of America) 1130 Northchase Parkway, Suite 150 Marietta, GA  30067 | | | | | |
| | Law Offices Of Alan J. Bernstein 211 W. Wacker Drive, Suite 1100 Chicago, IL 60606 | | | | | |
| | Markoff & Krasny 29 N. Wacker Drive #500 Chicago, IL  60606-2854 | | | | | |
| | People's Gas Chicago, IL 60687-0001 | | | | | |
| | People's Gas Chicago, IL 60687-0001 | | | | | |
| | People's Gas Chicago, IL 60687-0001 | | | | | |
| | People's Gas Chicago, IL 60687-0001 | | | | | |
| | People's Gas Chicago, IL 60687-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | People's Gas Chicago, IL 60687-0001 | | | | | |
| | People's Gas Chicago, IL 60687-0001 | | | | | |
| | Professional Recovery Consultants 7584065 2700 Meridian Parkway, Suite 200 Durham,, NC  27713-2204 | | | | | |
| | Reaps, Inc 920 Essington Road Joliet, IL  60435 | | | | | |
| | Scott Mallick CCEL, Ltd. 4725 Sanctuary Lane Boca Raton, FL  33431 | | | | | |
| | Sears Gold Mastercard P. O. Box 6282 Sioux Falls, SD 57117-6282 | | | | | |
| | Tel Assist 6417 West 87th Street, Suite 3 Oak Lawn, IL 60453 | | | | | |
| | Tony Gibbs 100 S. Arkansas Road, Suite 116-366 Grayslake, IL  60030 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Town Of Youngsville P. O. Box 190 118 N. Cross Street Youngsvillel, NC  27596 | | | | | |
| | ZAD % Ethan & Associates 800 N. Causeway Blvd - 3d Floor Mandeville, LA  70448 | | | | | |
| 000019 | A & K PAINTERS | | | | | |
| 000030 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000026 | DENNIS AND DENISE KEATING | | | | | |
| 000025 | ERADER MILLS | | | | | |
| 000015 | FRANKLIN COUNTY TAX COLLECTOR | | | | | |
| 000027 | GREENSPON ADVERTISING | | | | | |
| 000003 | GROOT WASTE SERVICES | | | | | |
| 000028 | HEDBERG, TOBIN, FLAHERTY & WHALEN | | | | | |
| 000011 | ILLINOIS AVIATION ACADEMY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000022 | MIDWEST BANK AND TRUST | | | | | |
| 000024 | RANDALL DUSEK | | | | | |
| 000021 | RUSSELL J. WICK SR. | | | | | |
| 000029 | WEST LOGAN SQUARE CONDOMINIUM ASSOC | | | | | |
| 000005 | ADVANTA BANK CORP. | | | | | |
| 000016 | ATLAS ACQUISITIONS LLC | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000014 | CHASE BANK USA NA | | | | | |
| 000012 | CHASE BANK USA, N.A. | | | | | |
| 000013 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | FIFTH THIRD BANK | | | | | |
| 000007 | FIFTH THIRD BANK | | | | | |
| 000008 | FIFTH THIRD BANK | | | | | |
| 000009 | FIFTH THIRD BANK | | | | | |
| 000010 | FIFTH THIRD BANK | | | | | |
| 000020 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000017 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case No:    09-38275    DRC    Judge: Donald R. Cassling

Case Name:    CROWE, DOUGLAS

For Period Ending:  12/09/13

Trustee Name:    GINA B. KROL

Date Filed (f) or Converted (c):  10/14/09 (f)

341(a) Meeting Date:    11/25/09

Claims Bar Date:    04/27/10

**Exhibit 8**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 107 Bayberry | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 108 Bayberry | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 109 Bayberry | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 111 Bayberry | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 5. 117 Bayberry | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 6. 1404 Glencoe, Wheaton, | 550,000.00 | 0.00 | OA | 0.00 | FA |
| 7. BANK ACCONTS | 16,411.00 | 12,284.50 | | 12,284.15 | FA |
| 8. Household Goods | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 9. BOOKS | 400.00 | 0.00 | OA | 0.00 | FA |
| 10. CLOTHES | 500.00 | 0.00 | OA | 0.00 | FA |
| 11. Jewelry | 200.00 | 0.00 | OA | 0.00 | FA |
| 12. HOBBY EQUIPMENT | 500.00 | 0.00 | OA | 0.00 | FA |
| 13. Life Insurance | Unknown | 0.00 | OA | 0.00 | FA |
| 14. Life Insurance | 3,462.00 | 0.00 | OA | 0.00 | FA |
| 15. IRA | 9,910.00 | 0.00 | OA | 0.00 | FA |
| 16. 401(K) | 400.00 | 0.00 | OA | 0.00 | FA |
| 17. Stock in Real Estate Coaching Institute | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 18. Stock in Springboard Group | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 19. Stock in US Land Group | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. 49.5% Interest in Magellan One | 0.00 | 0.00 | OA | 0.00 | FA |
| 21. TAX REFUND | 10,500.00 | 5,250.00 | | 5,250.00 | FA |
| 22. commmission   Collectibility questionable | 12,000.00 | 0.00 | | 0.00 | FA |
| 23. VEHICLE | 4,325.00 | 0.00 | | 2,162.50 | FA |
| 24. VEHICLE | 5,285.00 | 0.00 | | 2,218.92 | FA |
| 25. OFFICE EQUIPMENT | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 26. Family Pet | 200.00 | 0.00 | OA | 0.00 | FA |
| 27. MISCELLANEOUS | 400.00 | 0.00 | OA | 0.00 | FA |

FORM 1

Case 09-38275  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Desc Main  Page: 2
Document  ASSET CASES  Page 17 of 21
Doc 62  Filed 12/06/13  Entered 12/16/08 10:56:21

| | | | | | Exhibit 8 |
|---|---|---|---|---|---|

Case No:  09-38275  DRC  Judge: Donald R. Cassling  Trustee Name:  GINA B. KROL
Case Name:  CROWE, DOUGLAS  Date Filed (f) or Converted (c):  10/14/09 (f)
341(a) Meeting Date:  11/25/09
Claims Bar Date:  04/27/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. VEHICLE | 2,600.00 | 0.00 | | 2,600.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.32 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,059,293.00 | $17,534.50 | | $24,526.89 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 17, 2013, 02:21 pm

Initial Projected Date of Final Report (TFR): 12/31/10  Current Projected Date of Final Report (TFR): 10/31/12

/s/  GINA B. KROL
_____  Date: 12/09/13
GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: | 09-38275 -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | CROWE, DOUGLAS | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******0261  Checking Account | |
| Taxpayer ID No: | *******4940 | | | | | |
| For Period Ending: | 12/09/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 24,134.65 | | 24,134.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.88 | 24,119.77 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.37 | 24,104.40 |
| 01/09/13 | 030001 | GINA B. KROL | Chapter 7 Compensation/Fees | 2100-000 | | 3,202.69 | 20,901.71 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 01/09/13 | 030002 | Illinois Department of Revenue | Claim 000018A, Payment 99.98938% | 5800-000 | | 20,901.71 | 0.00 |
| | | Bankruptcy Section | | | | | |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 24,134.65 | 24,134.65 | 0.00 |
| Less:  Bank Transfers/CD's | | 24,134.65 | 0.00 | |
| Subtotal | | 0.00 | 24,134.65 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 24,134.65 | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 24,134.65 | 24,134.65 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Ver: 17.04a

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-38275 -DRC | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CROWE, DOUGLAS | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******0024 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4940 | | | | |
| For Period Ending: | 12/09/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/13/10 | * NOTE * | Mary A. Crowe<br>1404 Glencoe St.<br>Wheaton, IL 60187 | * NOTE *  Properties 7, 21, 23, 24 | 1121-000 | 21,915.57 | | 21,915.57 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 21,915.80 |
| 02/09/10 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 16.27 | 21,899.53 |
| 02/17/10 | 28 | Douglas Crowe | | 1129-000 | 2,600.00 | | 24,499.53 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 24,500.05 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 24,500.67 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 24,501.27 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 24,501.89 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 24,502.49 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 24,503.11 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 24,503.73 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 24,504.33 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 24,504.95 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.60 | | 24,505.55 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 24,506.17 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 24,506.79 |
| 02/07/11 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 20.79 | 24,486.00 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 24,486.19 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,486.40 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 24,486.59 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,486.80 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,487.00 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,487.20 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,487.41 |
| | | | | Page Subtotals | 24,524.47 | 37.06 | |

Ver: 17.04a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-38275 -DRC |
| Case Name: | CROWE, DOUGLAS |
| | |
| Taxpayer ID No: | *******4940 |
| For Period Ending: | 12/09/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0024  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,487.61 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,487.82 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.20 | 24,456.62 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,456.82 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.15 | 24,426.67 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,426.87 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.12 | 24,396.75 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,396.96 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.00 | 24,364.96 |
| 02/06/12 | 000303 | International Sureties | BOND | 2300-000 | | 21.98 | 24,342.98 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 24,343.17 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.94 | 24,314.23 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,314.43 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.89 | 24,284.54 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,284.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.85 | 24,253.90 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,254.11 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.81 | 24,223.30 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 24,223.49 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.79 | 24,194.70 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,194.91 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.73 | 24,163.18 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.19 | | 24,163.37 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 28.72 | 24,134.65 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 24,134.65 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 2.42 | 24,489.83 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Ver: 17.04a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 09-38275 -DRC | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|
| Case Name: | CROWE, DOUGLAS | Bank Name: | BANK OF AMERICA, N.A. | **Exhibit 9** |
| | | Account Number / CD #: | *******0024 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******4940 | | | |
| For Period Ending: | 12/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 24,526.89 | 24,526.89 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 24,134.65 | |
| Subtotal | 24,526.89 | 392.24 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 24,526.89 | 392.24 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0261 | 0.00 | 24,134.65 | 0.00 |
| Money Market Account (Interest Earn - *******0024 | 24,526.89 | 392.24 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 24,526.89 | 24,526.89 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _____  Date: 12/09/13

/s/    GINA B. KROL

GINA B. KROL

Page Subtotals          0.00          0.00

Ver: 17.04a

LFORM24